**CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET**

DATE: 11/25/13

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>BP Products North America, Inc.<br>v.<br>Southside Oil, LLC, et al. | CASE NO: 3:13CV718<br>JUDGE: Gibney<br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( )   MOTION HEARING (✓)   OTHER: _____

APPEARANCES:   Parties by ( )/with ( ) counsel      Pro Se ( )

MOTIONS BEFORE TRIAL: Motion for a Preliminary Injunction

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )

OPENING STATEMENTS MADE ( )      OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE (✓)   RESTED ( )  MOTION ( ) _____
   Witness: Mr. Terry; Southside Exh 1 (2013 Jobber Contract - Draft)

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD (✓)

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: The Court appoints Magistrate Judge Novak as the settlement judge; an opinion shall issue

John E. Petite, James C. Cosby, Sean M. Golden
Counsel for Plaintiff(s)

Kristan B. Burch, Matthew Chmiel, A. C. Young (Sunoco only)
Counsel for Defendant(s)

SET: 9:30am   BEGAN: 9:32am   ENDED: 11:47am   TIME IN COURT: 2 hrs. 15 mins.
RECESSES: